

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00146-CV

IN THE INTEREST OF M.W., A CHILD

§ On Appeal from the 325th District Court

§ of Tarrant County (325-683388-20)

§ August 19, 2021

§ Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's order of termination. It is ordered that the trial court's order of termination is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker